1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney

2

3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division

4  JULIE BIBB DAVIS (CABN 184957)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7066
7       FAX: (415) 436-6748
        Julie.Davis@usdoj.gov

8
   Attorneys for Defendants
9

10

11                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA
12
                           OAKLAND DIVISION
13

14  HUMAN RIGHTS WATCH,                    )  CASE NO. 18-01842 DMR
                                           )
15        Plaintiff,                       )
                                           )  **JOINT STIPULATION OF DISMISSAL**
16     v.                                  )  **WITH PREJUDICE; ORDER**
                                           )
17  DEPARTMENT OF HOMELAND                 )
    SECURITY; and U.S. CITIZENSHIP AND     )
18  IMMIGRATION SERVICES,                  )
                                           )
19        Defendants.                      )
                                           )
20  _____       )

21

22

23

24

25

26

27

28

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**                    1
CASE NO: 18-01842 DMR
4839-4813-4813.1

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff and

3  Defendants, by and through their undersigned counsel, and pursuant to settlement, hereby stipulate to

4  dismiss in its entirety the above-captioned action with prejudice, including all claims that were asserted

5  therein, and without costs or fees to either party.  Each party will bear its own costs, expenses, and fees,

6  with the Court expressly not retaining jurisdiction over the above-captioned action, the settlement

7  thereof, or the Defendant.

8

9  IT IS SO STIPULATED.

10

11 DATED: March 16, 2021            STEPHANIE M. HINDS
                                   Acting United States Attorney

12
                                   By:      /s/ *Julie Bibb Davis*
13                                 JULIE BIBB DAVIS
                                   Assistant United States Attorney
14                                 Attorneys for Defendants

15

16 DATED: March 16, 2021            By:      /s/ *Matthew A. Richards*
                                   MATTHEW A. RICHARDS
17                                 Attorney for Plaintiff

18

19 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

20

21

22 DATED:   March 16, 2021

23

24

25                                 _____
                                   HONORABLE DONNA M. RYU
26                                 UNITED STATES MAGISTRATE JUDGE

27

28

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER**                    2
CASE NO: 18-01842 DMR
4839-4813-4813.1